# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VALENTIN RUIZ-CAJIGA,<br><br>        Defendant. | 8:13CR5<br><br>ORDER |

This matter is before the court on the defendant's motion to continue trial [23] as counsel needs additional time to investigate defendant's immigration status. Defendant has filed a waiver of speedy trial. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for March 12, 2013 is continued to **April 30, 2013.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 30, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 6, 2013.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge